**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-2037**

JAMES T. WALKER, Dr.,

      Plaintiff - Appellant,

    v.

MICHAEL S. REGAN, Administrator, U.S. Environmental Protection Agency,

      Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:21-cv-00312-RDA-WEF)

Submitted:  February 22, 2024                                        Decided:  February 26, 2024

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

James T. Walker, Appellant Pro Se.  Yuri S. Fuchs, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James T. Walker appeals the district court's order dismissing his civil action with prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Walker v. Regan*, No. 1:21-cv-00312-RDA-WEF (E.D. Va. Sept. 22, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
